# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Mustafa Khamosh Group ) ASBCA No. 60120
)
Under Contract No. W912PB-15-P-3154 )

APPEARANCE FOR THE APPELLANT: Mr. Mustafa Wali
  Chief Executive Officer

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
  Army Chief Trial Attorney
  CPT Meghan E. Mahaney, JA
  Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: **MAY 0 2 2016**

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60120, Appeal of Mustafa Khamosh Group, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals